for examination of defendant affirmed, with ten dollars costs. While the action is characterized as one for an accounting, the complaint, in its essential features, sets forth a cause of action solely for one-half the moneys earned by both parties (so plaintiff claims) as commissions, and the whole of which was paid to the defendant. All of the matters alleged as false representations and wrongful conduct on the part of the defendant have relation solely to plaintiff's anticipation of the defense of a general release and its avoidance, and might well have been reserved for interposition by way of reply. The action is in no manner one for an accounting. The examination, in so far as it concerns the amount of money received by the defendant, is solely to ascertain that amount, and to this end defendant's books bearing thereon may be material. The production of the books of an individual in aid of an examination before trial is now permitted. (Civ. Prac. Act, § 296.)   Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JEAN W. BROWN, Respondent, v. JAMES D. BROWN, Appellant, Impleaded with Another, Defendant.— Order denying application for plaintiff's examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

RICHARD E. ENRIGHT, Respondent, v. JOSEPH E. CORRIGAN, Defendant, Impleaded with LOUIS A. CUVILLIER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

MARY FURIA, Appellant, Respondent, v. MARIE COLLETTI-REINA, Respondent, Appellant.— Order granting motion to change place of trial from Richmond to New York county reversed upon the law, with ten dollars costs and disbursements to plaintiff, appellant, and motion denied, with ten dollars costs, upon the ground that defendant failing to make any demand for change of venue, but instead, serving an answer containing a counterclaim and noticing the case for trial in Richmond county, the case being upon the trial calendar in that county, made out no case for a change of venue as matter of right under Civil Practice Act — Civil Practice Rule 146.*  No other ground for removal appears in the moving papers.  Order denying motion for security for costs reversed upon the law and the facts, with ten dollars costs to defendant, appellant, and motion granted, with ten dollars costs.  Upon the facts disclosed defendant cannot be held guilty of laches in making the motion.  Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THOMAS FURIA, Appellant, Respondent, v. MARIE COLLETTI-REINA, Respondent, Appellant.— Order granting motion to change place of trial from Richmond to New York county reversed upon the law, with ten dollars costs and disbursements to plaintiff, appellant, and motion denied, with ten dollars costs, upon the ground that defendant failing to make any demand for change of venue, but instead, serving an answer containing a counterclaim and noticing the case for trial in Richmond county, the case being upon the trial calendar in that county, made out no case for a change of venue as matter of right under Civil Practice Act — Civil Practice Rule 146.*  No other ground for removal appears in the moving papers.  Order denying motion for security for costs reversed upon the law and the facts, with

* See Civ. Prac. Act, §§ 182, 186, 187; Rules Civ. Prac. rule 146.— [REP.

ten dollars costs to defendant, appellant, and motion granted, with ten dollars costs. Upon the facts disclosed defendant cannot be held guilty of laches in making the motion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ALBERT GAETANI, Respondent, v. CHARLES E. WICKE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ROCCO GERMANO, Respondent, v. HENRY L. CLAY and Another, Copartners, etc., Appellants.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BENJAMIN GRATZ and Another, Doing Business under the Firm Name and Style of WARREN, JONES & GRATZ, Appellants, v. M. M. GRAVES CO., INC., Respondent.— Order modified by striking out all the defenses and counterclaims pleaded, on the ground that they are insufficient in law as defenses or counterclaims. None of the defenses or counterclaims pleaded that the alleged decline in price took place when there was an existing unshipped portion of the goods contracted for by the parties to be delivered to the defendant; in all other respects the order is affirmed, with leave to the defendant to plead over, except as to the second defense to the first cause of action, on payment of costs of the action to date, and ten dollars costs and disbursements of this appeal. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

BENJAMIN G. HITCHINGS, INC., Respondent, v. AMERICAN MAGNESTONE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ANNA MILLER, as Administratrix, etc., of FREDERICK H. MILLER, Deceased, Respondent, v. MAXWELL LIND, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

PERLEY MORSE and Another, Copartners, etc., Respondents, v. WORLD MUTUAL AUTOMOBILE CASUALTY INSURANCE COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

GEORGE H. ROSENSTEIN, as Trustee in Bankruptcy of the Estate of LOUIS ROSENTHAL and Another, Copartners, etc., Respondent, v. JOSEPH LEFF, Appellant, Impleaded with ANNIE LEFF, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

JOSEPH SMITH, Appellant, v. J. SIMS BARTLEY, as Building Inspector of the City of Yonkers, Respondent.— Final order denying peremptory order of mandamus unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

LEO P. BYK and Another, etc., Plaintiffs, v. RICHARD E. ENRIGHT, as Commissioner of Police of the City of New York, and Others, Defendants.— Motion for stay denied, upon the ground that the question of whether or not the case should be preferred for trial is one of discretion resting with the trial court. We do not in any way pass upon the merits. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.